**Order filed, April 23, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00185-CV

_____

## CYRIL J. SMITH, JR., Appellant

## V.

## SAIHAT CORPORATION, Appellee

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2011-09044**

---

## ORDER

The reporter's record in this case was due **March 27, 2014**. On **April 07, 2014 Cynthia Montalvo Martinez** filed a motion for extension of time to file the reporter's record which was granted until **April 14, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Montalvo Martinez**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order; **with no further extensions absent exceptional circumstances**.

PER CURIAM